USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/16/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CHIVONNE K. WASHINGTON,**

                **Plaintiff,**

        **-against-**

**COLUMBIA UNIVERSITY,**

                **Defendant.**

**21-cv-1013 (ALC)**

<u>**ORDER OF DISCONTINUANCE**</u>

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty (60) days.

**SO ORDERED.**

Dated:    November 17, 2021
              New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**